IN THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELVIN SUMPTER, MARIA PRUETT, SHYLA MITCHELL, and GREGORY SEWELL<br><br>*Plaintiff,*<br><br>v.<br><br>IC SYSTEM, INC.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO.: 4:17-cv-01269 |

## JOINT NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a resolution of this case, through discussions between Counsel for Plaintiffs and Counsel for Defendant.

The only remaining task is execution of settlement documents and subsequent funding.

[SIGNATURE BLOCKS ON NEXT PAGE]

Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR IC SYSTEM, INC.*

**HUGHES ELLZEY, LLP**

By: /s/ Deola Ali
W. Craft Hughes
Jarrett L. Ellzey
Deola Ali
**HUGHES ELLZEY, LLP**
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
jarrett@hughesellzey.com
deola@hughesellzey.com
**ATTORNEYS FOR PLAINTIFFS**