# IN THE U.S. DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KELVIN SUMPTER, MARIA PRUETT, SHYLA MITCHELL, and GREGORY SEWELL<br><br>  *Plaintiff,*<br><br>v.<br><br>IC SYSTEM, INC.,<br><br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO.: 4:17-cv-01269 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Kelvin Sumpter, Maria Pruett, Shyla Mitchell, and Gregory Sewell, ("Plaintiffs") and IC System, Inc. ("Defendant"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all of Plaintiffs' claims against Defendant in the above-captioned matter with prejudice. This stipulation of dismissal disposes of the entire action.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**

/s/ Robbie Malone
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
**MALONE AKERLY MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR IC SYSTEM, INC.*


**HUGHES ELLZEY, LLP**

By: /s/ Deola Ali
W. Craft Hughes
Jarrett L. Ellzey
Deola Ali
**HUGHES ELLZEY, LLP**
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
jarrett@hughesellzey.com
deola@hughesellzey.com
**ATTORNEYS FOR PLAINTIFFS**